UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1778

BALJINDER SINGH,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,
Respondent

(Agency No. A072-435-798)

Present: JORDAN, MATEY, Circuit Judges and HORAN*, District Judge

1. Motion by Respondent Attorney General United States of America to Amend Opinion dated August 31, 2021;

2. Response by Petitioner in Opposition to Motion by Respondent to Amend Opinion dated August 31, 2021;

3. Motion by Attorneys Gintare Grigaite, Esq. and John P. Leschak Esq for Petitioner Baljinder Singh to Withdraw as Counsel.

Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motion to amend the August 31, 2021 opinion is hereby DENIED. The motion of Gintare Grigaite and John P. Leschak to withdraw as counsel is hereby GRANTED.

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated: December 15, 2021
Lmr/cc: All Counsel of Record

---

* The Honorable Marilyn Horan, United States District Judge for the Western District of Pennsylvania, sitting by designation.